# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RESPONSIVE SURFACE TECHNOLOGY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PURPLE INNOVATION, LLC; GARY DICAMILLO; ADAM GRAY; JOSEPH MEGIBOW; TERRY PEARCE; TONY PEARCE, AND JOHN DOE NOS. 1 - 4,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER**<br><br>Civil No. 2:20-cv-00727-DBB-CMR<br><br>District Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Modify Scheduling Order (ECF 51) (the Motion), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the parties' deadline to serve Rule 26(a)(1) initial disclosures is extended from December 21, 2020 to January 8, 2021.

DATED this 23 December 2020.

_Cecilia M. Romero_
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah